Sol Lefkowitz, Appellant, v. Enoz Chemical Company, Appellee.

Gen. No. 44,739.

Marks & Marks, for appellant; Lederer, Livingston, Kahn & Adsit, for appellee; Harry H. Kahn, Daniel J. Gluck and Richard C. Bleloch, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed April 13, 1950; released for publication April 26, 1950.